### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **MOD STACK LLC,** | |
| Plaintiff, | CASE NO. 2:16-cv-299-JRG-RSP |
| v. | **PATENT CASE** |
| **PATTON ELECTRONICS COMPANY,** | |
| Defendant. | |

### ORDER

The Motion to Dismiss Pursuant to Rule 41(a)(2) all claims and counterclaims asserted between Plaintiff Mod Stack LLC and Defendant Patton Electronics Company is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Mod Stack LLC and Defendant Patton Electronics Company, are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 3rd day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE